Honorable Karen A. Overstreet
Chapter: 7

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| IN RE:<br><br>PRADYUMNA KUMAR SAMAL<br>AND SAGARIKA SAMAL,<br><br>    Debtors.<br>_____<br>U.S. TRUSTEE,<br>    Plaintiff,<br><br>v.<br><br>PRADYUMNA KUMAR SAMAL<br>AND SAGARIKA SAMAL,<br><br>    Defendants<br>_____ | No. 10-10673-KAO - Ch 7<br><br><br><br>Adv. 10-1396-KAO<br><br>ANSWER OF DEFENDANTS |

COMES NOW Defendants herein and answer the complaint filed in this matter as follows:

1. Admitted.
2. Admitted.
3. Admitted.
4. Admitted.
5. Admitted.
6. Admitted.
7. Admitted.
8. Admitted.
9. Admitted.

**Law Office of Deirdre Glynn Levin**
1325 Fourth Ave., Suite 1500
Seattle, WA 98101 Tel 206 224 3700

10. Admitted.

11. Admitted.

12. Admitted.

13. Admitted.

14. Admitted.

15. Admitted, but it was later amended.

16. Admitted, but it was later amended.

17. Admitted, but it was later amended.

18. Admitted, but it was later amended.

19. Admitted, but it was later amended.

20. Admitted.

21. Admitted.

22. Admitted.

23. Admitted.

24. Admitted.

25. Admitted.

26. Admitted.

27.(a) through (h)  Denied, but the document, the "net worth statement" speaks for itself, and was accurate as of the date submitted.

28. Admitted.

29. Admitted.

30. Denied.

31. Denied.

32. Denied.

33. Admitted.

34. Admitted.

35. Admitted.

36. Admitted.

**Law Office of Deirdre Glynn Levin**
1325 Fourth Ave., Suite 1500
Seattle, WA  98101  Tel 206 224 3700

37. Admitted.

38. Admitted.

39. Admitted.

40. Denied.

41. Denied.

42. Denied.

43. Denied.

45. Denied.

46. Denied.

47. Admitted.

48. Denied.

49. Denied.

50. Denied.

51. Denied.

52. Denied.

53. Denied.

54. Admitted.

55. Denied.

56. Denied.

57. Denied.

58. Denied.

59. Denied.

60. Denied.

61. Denie

62. Admitted.

63. Denied.

64. Denied.

65. (a) through (m) Denied.

**Law Office of Deirdre Glynn Levin**
1325 Fourth Ave., Suite 1500
Seattle, WA 98101 Tel 206 224 3700

66. Denied.

67(a) through (f) Denied.

68. Denied.

69. Denied.

70. Denied.

71.(a) through (o) Denied.

72. Denied. Schedules B, C, D and F were amended on 3/2/2010.

73. Denied.

74. Denied.

75. Denied.

76. Denied.

77. Denied.

78. Denied.

79. Denied.

WHEREFORE, having fully answered the complaint, Defendants pray that said Complaint be dismissed and Defendants be awarded their attorneys fees for having to defend this action with prejudice and without cost to either party.

DATED 24th day of August 2010.

/s/ Larry B. Feinstein
_____
Larry B. Feinstein WSBA # 6074
Attorney for Debtor
Vortman & Feinstein


/s/ Deirdre Glynn Levin

_____
Deirdre Glynn Levin, WSBA #24226
Co counsel for the Debtor

**Law Office of Deirdre Glynn Levin**
1325 Fourth Ave., Suite 1500
Seattle, WA 98101  Tel 206 224 3700